IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                          Criminal Action No.
                                                            24-00036-01-CR-W-DGK

DANIEL E. LABLANCE

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: <u>Count I</u>:   Felon in possession of a firearm *in violation o*f 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
       Government: Bradley Kavanaugh
           Case Agent: TBD ATF Agent – previous case agent has moved
       Defense: Steve Moss

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government - Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
       Government: 8-10 with stipulations; 10-12 without stipulations
       Defense: 5 witnesses, including Defendant who    (  ) will
                                                                              ( x ) may
                                                                        (  ) will not testify

**TRIAL EXHIBITS**:
       Government: 35-40 exhibits
       Defense: 15 exhibits

**DEFENSES**:
       ( x )    defense of general denial
       (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
       (  ) Definitely for trial                   ( x ) Possibly for trial
       ( x ) Motion to continue to be filed      (  ) Likely a plea will be worked out

**TRIAL TIME**: **2.5 days**
    Government's case including jury selection: 2 days
    Defense case: .5 days

**STIPULATIONS**:
    ( ) not likely
    ( ) not appropriate
    ( x ) likely as to:
        ( ) chain of custody
        ( ) chemist's reports
        ( x ) prior felony conviction
        ( x ) interstate nexus of firearm
        ( ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**: November 18, 2024
    Government: November 18, 2024
    Defense: November 18, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: November 18, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: November 18, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 12/2/2024
    **Please note**: Defense counsel requests the first week of the trial docket, as he has a personal conflict spanning the second week of the docket.

**OTHER**:
    ( ) A _____-speaking interpreter is required.
    ( ) Other assistive devices: _____

    **IT IS SO ORDERED.**

                                        */s/ Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge